```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALTON D. BROWN,                )
    Plaintiff,                 )
                               )
    v.                         ) Civil Action No. 04-1906
                               )
JEFFREY A. BEARD, ET AL.,      )
    Defendants.                )
```

JUDGEMENT ORDER

AND NOW, this 13th day of December, 2005, IT IS HEREBY ORDERED that judgment is entered in favor of defendants, Jeffrey A. Beard, Neal K. Mechling, Robert H. Keefer, Linda D. Harris, Joan Delie, Frank Cole, Don Skunda, Mark Krysevig, Robert Tretinik, Harry E. Wilson, Carole E. Scire, Gary Abrams, William S. Stickman, Diana Manson, Greg Mohring, Sharon M. Burks, Ronald Blandford, Mike Zakin, Ray A. Barnes, Mike Pioparchy, Thomas G. Moran, Michael Scribner, Alan Fogel, Marcia S. Noles and Margaret M. Gordon, and against plaintiff, Alton D. Brown.

```
                           BY THE COURT:


                           s/Gary L. Lancaster
_____ Gary L. Lancaster,
                           United States District Judge
```