IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-1906<br>) |
| JEFFREY A. BEARD, ET AL.,<br>    Defendants. | )<br>) |

<u>JUDGEMENT ORDER</u>

AND NOW, this 31st day of March, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendants, Michael Herbik and Chris Meyer, and against plaintiff, Alton D. Brown.

BY THE COURT:

<u>s/Gary L. Lancaster</u>
Gary L. Lancaster,
United States District Judge