IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTON D. BROWN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-1906 |
| | ) | |
| JEFFREY A. BEARD, et al., | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 14th day of September, 2006, after the plaintiff, Alton D. Brown, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by defendants Prison Health Services, Lori Lapina, E.V. Swierczewski and Joe Geragi, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 138), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment filed by Prison Health Services, Lori Lapina, E.V. Swierczewski and Joe Geragi (Docket No. 132) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Gary L. Lancaster
Gary L. Lancaster
United States District Judge

cc:    Alton D. Brown
       DL-4686
       SCI Graterford
       Box 244
       Graterford, PA 19426-0244